Name and address:
David D. Samani
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
t: 213.250.1800
f: 213.250.7900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Robert Medero, et al.**

Plaintiff(s)

v.

**Norada Capital Management, LLC, et al.**

Defendant(s).

CASE NUMBER

**8:25-CV-00574 DOC (KESx)**

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Kimble, Thomas E.**
*Applicant's Name (Last Name, First Name & Middle Initial)*

**(512) 582-2100**
*Telephone Number*

**(512) 373-3159**
*Fax Number*

**tekimble@bernhoftlaw.com**
*E-Mail Address*

of

**The Bernhoft Law Firm, S.C.**
**1710 W. 6th Street**
**Austin, Texas 78703**

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
**Norada Capital Management, LLC, et al.**

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel
**Samani, David D.**
*Designee's Name (Last Name, First Name & Middle Initial)*

**280179**
*Designee's Cal. Bar No.*

**(213) 580-6300**
*Telephone Number*

**(213) 250-7900**
*Fax Number*

**David.Samani@lewisbrisbois.com**
*E-Mail Address*

of

**Lewis Brisbois Bisgaard & Smith LLP**
**633 W. 5th Street, Suite 4000**
**Los Angeles, California 90071**

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge