

**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

October 15, 2025

Superior Court of CA, County of Orange
700 W. Civil Center Drive
Santa Ana, CA 92701

Re: Case Number:     8:25−cv−00574−DOC−KES
    Previously Superior Court Case No.     30−2024−01445239−CU−SL−CXC
    Case Name:     Roberto Modero et al v. Norada Equity, Inc. et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     September 12, 2025    , the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: /s/ *Evelyn Synagogue*
     Deputy Clerk
     Evelyn_Synagogue@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____           By: _____
Date                                  Deputy Clerk

G−17 (06/24)    LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT